**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 180 MAL 2015
                               :
         Respondent          :
                               :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court
         v.                   :
                               :
                               :
SHAVAR L. THOMPSON,         :
                               :
         Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.